IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JAMES W. MYART JR., | § | |
| | § | |
| *Plaintiff*, | § | SA-19-CV-00507-OLG |
| | § | |
| vs. | § | |
| | § | |
| STEVEN P. MACH, DPS, CHAIRMAN; STEVEN C. MCCRAW, DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY; RHONDA FLEMING, JACOB LAVENDER, TROOPER, DEPT. OF PUBLIC SAFETY; KENT COLEMAN, TROOPER, TEXAS DEPT. OF PUBLIC SAFETY; ROBERT DRIGGERS, TROOPER, TEXAS DEPT. OF PUBLIC SAFETY; PHILIP AYALA, TEXAS DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS, CITY OF SAN ANTONIO, RON NIRENBERG, MAYOR, CITY OF SAN ANTONIO; WILLIAM P. MCMANUS, CHIEF OF SAN ANTONIO POLICE DEPARTMENT; AND ERIK WALSH, | § | |
| | § | |
| *Defendants*. | § | |

## **ORDER**

Before the Court in the above-styled cause of action is Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#20]. By his motion, Plaintiff asks the Court for leave to appeal the undersigned's order dated August 8, 2019 [#19] to the District Court. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Leave to File Notice of Appeal to the District Judge and Notice of Appeal to District Judge [#20] is **GRANTED**. The District Court will review Plaintiff's Notice of Appeal [#20] and issue a ruling.

**IT IS SO ORDERED.**

SIGNED this 13th day of August, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE